## UNITED STATES, Appellee

v

## HORACE H. YELVERTON, Sergeant, U. S. Army, Appellant

### 8 USCMA 424, 24 CMR 234

No. 10,009

Decided November 15, 1957

*Major Edward Fenig* and *First Lieutenant William H. Carpenter* were on the brief for Appellant, Accused.

*Lieutenant Colonel Thomas J. Newton* was on the brief for Appellee, United States.

### Opinion of the Court

HOMER FERGUSON, Judge:

The issue raised in this case is the same as that in United States v Rinehart, 8 USCMA 402, 24 CMR 212, decided this date. For the reason stated in our opinion in that case, the decision of the board of review is reversed. The record of trial is returned to The Judge Advocate General of the Army. A rehearing on the sentence is ordered.

Chief Judge QUINN concurs.

Judge LATIMER dissents.